AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Roy R. Kranz Telephone: (989) 895-5712
Officer: Nick Diedrich, BIA Telephone: (989) 775-4700

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Joe Parker Miley Jr.

Case No. 1:20-mj-30204
Judge: Morris, Patricia T.
Filed: 06-16-2020

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 15, 2020__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1151<br>18 U.S.C. § 117 | Defendant assaulted M.P.-M., his child, after having been convicted of domestic violence in the Isabella County Trial Court on or about 04/16/1996 and on or about 06/07/2006, both of which involved a victim who was a spouse or intimate partner, in violation of 18 U.S.C. section 117. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Nick Diedrich, BIA
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 06/16/2020

_____
Judge's signature

City and state: Bay City, Michigan

Patricia T. Morris, United States Magistrate Judge
_____
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
## FOR JOE PARKER MILEY JR.

I, Nick Diedrich, being duly sworn, depose and state:

1. I am an officer with the Bureau of Indian Affairs and have been a law enforcement officer for approximately 12 years. During my career I have been involved in numerous investigations concerning domestic violence. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Joe Parker Miley Jr. committed the offense of domestic assault by an habitual offender on or around June 15, 2020, in violation of 18 U.S.C. § 117 and therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3. According to M.P.-M., she was assaulted by her father, Joe Parker Miley Jr. on or about June 15, 2020 at 3270 Aagimaak St., Mt. Pleasant, MI on the Isabella Reservation in Indian country.

4. According to M.P.-M., the assault consisted of her father, Joe Parker Miley Jr., intentionally straddled her and pinned her down on the floor against her will during an argument. Joe Parker Miley Jr. also grabbed her neck with both hands with a force of 5 out of 10. This assault caused injury to M.P.-M. M.P.-M. further said that during the assault, her father "looked like he wanted to kill me."

5. M.P.-M. said she was struggling to get her father off of her while he was strangling her but was unsuccessful.

6. Joe Parker Miley Jr. caused visible injuries to M.P.-M. during the assault in the form of a bruise and red mark on her neck, a red mark on her chest and bicep, and a bloody lip.

7. M.P.-M. told police that she bit her father's arm when she was trying to get him off of her during the assault.

8. Police observed a bite mark on Joe Parker Miley Jr.'s arm which was consistent with what M.P.-M. said happened.

9. Defendant was previously convicted of domestic violence in the Isabella County Trial Court on or about April 16, 1996 and on or about June 7, 2006, both of which involved a victim who was his spouse or intimate partner.

10. Based on the above-described information, there is probable cause to believe that on or around June 15, 2020, Joe Parker Miley Jr. committed a domestic assault by an habitual offender, in violation of 18 U.S.C. §§ 117.

_____
Nicholas Diedrich, BIA

Sworn to before me and signed in my
Presence and/or by reliable electronic
means this 16th day of June, 2020.

_____
HON. PATRICIA T. MORRIS
United States Magistrate Judge